BEFORE THE FIRST DIVISION, DECEMBER 15, 1964

No. 68949.—Manca, Inc. v. United States, protest 63/2949 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles of merchandise, designated on the invoice as "Monla Illuminator with iris diaphragms but without blue-grass disks as code BEECH-DEEMH," are not essential for the operation of a microscope, can be used with items other than microscopes, and that they are, in fact, lamps in chief value of metal, the claim of the plaintiff was sustained.

No. 68950.—Manca, Inc. v. United States, protest 64/4548 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles of merchandise, designated on the invoice as "Monla illuminators," are not essential for the operation of a microscope, can be used with items other than microscopes, and that they are, in fact, lamps in chief value of metal, the claim of the plaintiff was sustained.

No. 68951.—Manca, Inc. v. United States, protest 63/16230 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles of merchandise, designated on the invoices as "Monla lamps," are not essential for the operation of a microscope, can be used with items other than microscopes, and that they are, in fact, lamps in chief value of metal, the claim of the plaintiff was sustained.